■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE BELL, Appellant. (Appeal No. 2.) [855 NYS2d 409]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered November 15, 2006. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STACY R. LABRUNO, Appellant. [855 NYS2d 409]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered January 5, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RASMUSSEN, Appellant. [855 NYS2d 409]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered November 9, 2006. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.